# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re  Fay Allen Kennedy                                    Case No.  15-10533-BFK

        Debtor(s)                                                                Chapter 13

## ORDER OF DISMISSAL

The debtor(s) in this case filed a petition under Chapter 13 of the Bankruptcy Code on  February 16, 2015 , and on  June 17, 2015 , filed a Motion to Dismiss. It is, therefore,

**ORDERED** that the above case be dismissed; and it is further

*[If appropriate]* **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $ 0.00  to the Clerk of Court within 14 days of the date of this order; and it is further

**ORDERED** that any interest earned and attributable to Plan payments in this case is hereby awarded to the office of the Chapter 13 Trustee of this Court as actual and necessary expenses pursuant to 11 U.S.C. 330 (a)(1)(B), and it is further

**ORDERED** that the dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The trustee need not file a final report in this case unless property or money was administered.

If the debtor(s) has/have been making payments by payroll deduction, the employer as set forth in the order for payroll assignment shall cease any payroll deductions for the benefit of the Chapter 13 Trustee.

Date:  Jun 23 2015                                     /s/ Brian F. Kenney
                                                                  United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:
 June 24, 2015

[odsm13 ver. 12/09]